**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------**X
STACEY MERCER, *on behalf of herself,*
*and all similarly situated individuals*,

             Plaintiff,                          CASE NO.:  1:18-cv-07341-AKH

v.

SOHO GRAND HOTEL, INC.,
*a New York Corporation*,

             Defendant.
**------------------------------------------------------**X

## NOTICE OF SETTLEMENT

Plaintiff, STACEY MERCER, hereby notifies this Court that a settlement in principle has

been reached in this case.  The parties are in the process of finalizing the terms of their agreement,

and request a stay for thirty (30) days for Plaintiff to either file a Notice of Dismissal with Prejudice

or litigation will resume.

DATED this **2nd** day of **October,** 2018.

                            Respectfully Submitted,

                            **LAW OFFICES OF NOLAN KLEIN, P.A.**
                            *Attorneys for Plaintiff*
                            39 Broadway, Ste. 2250
                            New York, NY 10006
                            PH:     (646) 560-3230
                            FAX:  (877) 253-1691

            By:   */s/ Nolan Klein*
                     NOLAN KLEIN, ESQ.
                     (NK4223)
                     klein@nklegal.com
                     amy@nklegal.com

Case 1:18-cv-07341-AKH    Document 10    Filed 10/02/18    Page 2 of 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk

of the Court using CM/ECF, this **2nd** day of **October**, 2018.

> By:  */s/ Nolan Klein*
> NOLAN KLEIN, ESQ.
> (NK4223)

## SERVICE LIST:

**REBECCA M. MCCLOSKEY, ESQ.**
**JOSEPH J. LYNETT, ESQ.**
Jackson Lewis P.C.
44 South Broadway, 14th Fl.
White Plains, NY 10601
Tel:  (914) 872-6893
Fax: (914) 946-1216
*rebecca.mccloskey@jacksonlewis.com*
*joseph.lynett@jacksonlewis.com*
*Attorneys for Defendant,*
*SoHo Grand Hotel, Inc.*